UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VINCENZO PULLARA,<br><br>                  Petitioner,<br><br>            v.<br><br>BILL JOYCE, *in his official capacity as New York Field Office Director for U.S. Immigration and Customs Enforcement*, CALEB VITELLO**,** *in his official capacity as the Acting Director for U.S. Immigration and Customs Enforcement*, KRISTI NOEM, *in her official capacity as Secretary of the U.S. Department of Homeland Security*, United States Immigration and Customs Enforcement,<br><br>                  Respondents. | **TEMPORARY RESTRAINING ORDER**<br>25-CV-00870 (DG) |

**HECTOR GONZALEZ**, United States District Judge:

Upon the annexed petition and motion for a temporary restraining order of Petitioner VINCENZO PULLARA, filed on February 14, 2025, all attachments and affidavits thereto, ECF Nos. 1, 2, it is hereby:

**ORDERED** that Respondents appear before the Honorable Diane Gujarati at Courtroom 4B, United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York, 11201 at **11:00 AM on Monday, February 24, 2025**, for an initial hearing on the petition;

**ORDERED** that sufficient cause having been shown, and having heard from the parties at a hearing on February 14, 2025, pending further order of the Court, Respondents are **ENJOINED** from detaining Petitioner, or revoking his Order of Supervision issued by U.S. Immigration and Customs Enforcement, until February 24, 2025;

**ORDERED** that, pursuant to the Court's discretion, the bond requirement of Rule 65(c) of the Federal Rules of Civil Procedure is waived;

**ORDERED** that Petitioner's counsel serve a copy of this Order and the petition, motion for a temporary restraining order, and all attachments and affidavits thereto, filed in this case upon Respondents on or before February 14, 2025, by delivering copies thereof to Respondents' counsel, Assistant United States Attorney Elliot Schachner, at the United States Attorney's Office for the Eastern District of New York, 271 Cadman Plaza E., Brooklyn, NY 11201, and that such service shall be deemed good and sufficient.

SO ORDERED.

> /s/ Hector Gonzalez
> HECTOR GONZALEZ
> United States District Judge
> Miscellaneous Duty Judge

Dated: Brooklyn, New York
February 14, 2025